MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-CR-00794 LHK |
| Plaintiff, | **NOTICE OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| PABLO FLORES-DURAN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: March 19, 2013   MELINDA HAAG
                                    United States Attorney

                                  ___/s/_____
                                  CAROLYNE A. SANIN
                                  Special Assistant United States Attorney

1

# [~~PROPOSED~~] ORDER

The Court hereby grants the government leave to dismiss the indictment without prejudice.

IT IS SO ORDERED.

DATED: 3/19/13

_Lucy H. Koh_
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE